1
2
3
4
5
6
7

\*E-Filed 2/11/14\*

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

12  WILLIE WEAVER,                              No. C 14-0005 RS (PR)

13           Plaintiff,                         **ORDER OF DISMISSAL**

14      v.

15  FIRST WATCH,

16           Defendants.
                                     /
17

18   Plaintiff has failed to comply with the Court's order to (1) file a complete application
19 to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.  Accordingly,
20 the action is DISMISSED without prejudice for failing to respond to the Court's order, and
21 for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without
22 prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a
23 complete IFP application, or (2) full payment for the filing fee of $350.00.  The Clerk shall
24 enter judgment in favor of defendants, and close the file.

25     **IT IS SO ORDERED**.

26  DATED: February 11, 2014
                                          _____
27                                        RICHARD SEEBORG
                                          United States District Judge
28