*E-Filed 7/10/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 14-0005 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| FIRST WATCH, | |
| Defendants. | |

## INTRODUCTION

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner against his jailors at Pelican Bay State Prison. The original complaint was dismissed with leave to file an amended complaint. Plaintiff's amended complaint fails to correct the deficiencies of the first, and is DISMISSED with prejudice.

## DISCUSSION

**A.   Standard of Review**

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial

1 plausibility when the plaintiff pleads factual content that allows the court to draw the
2 reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (quoting
3 *Twombly*, 550 U.S. at 556). Furthermore, a court "is not required to accept legal conclusions
4 cast in the form of factual allegations if those conclusions cannot reasonably be drawn from
5 the facts alleged." *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754–55 (9th Cir. 1994).
6 To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1)
7 that a right secured by the Constitution or laws of the United States was violated, and (2)
8 that the alleged violation was committed by a person acting under the color of state law. *See*
9 *West v. Atkins*, 487 U.S. 42, 48 (1988).

**B.  Legal Claims**

The amended complaint fails to state claims for relief. Plaintiff alleges that "bad air" is causing him to cough himself awake at night. He fails to show that a state actor is responsible for the venting of the bad air or that the venting of this bad air violates his constitutional rights. His vague allegations about a "conflict of interest" also fail to state a claim for relief. Accordingly, this civil rights action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: July 10, 2014

RICHARD SEEBORG
United States District Judge